**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN S. ELPEDES, | No. C 09-362 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERNANDO GONZALEZ, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 28, 2010

Marilyn Hall Patel
United States District Judge